# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**SHAUN STEVEN KIDD**　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
Reg #43108-074

v.　　　　　　　　　　CASE NO. 2:23-CV-00139-BSM

**C. GARRETT, Warden,**
**FCI - Forrest City**　　　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 32] is adopted as modified. Shaun Kidd's petition for writ of habeas corpus [Doc. No. 1] is dismissed with prejudice, and his motion for calendar call [Doc. No. 31] is denied as moot.

IT IS SO ORDERED this 3rd day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE