IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHAUN STEVEN KIDD**  **PETITIONER**
Reg #43108-074

v.  CASE NO. 2:23-CV-00139-BSM

**C. GARRETT, Warden,**
FCI - Forrest City  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 3rd day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE